NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE S. HARGER,**
*Claimant-Appellant,*

**v.**

**SLOAN D. GIBSON, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7086

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-3092, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

George S. Harger moves for leave to file his informal brief out of time.

IT IS ORDERED THAT:

The motion is granted. Harger's informal brief is accepted for filing. The Secretary should calculate the due date for his response brief from the date of filing of this order.

2                                                    HARGER v. GIBSON

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25